UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE:<br>EDWARD G. CRESS SR.<br>KIMBERLY A. CRESS<br><br>Debtors | CASE NO: 08-30223<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |
|---|---|

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045730**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 11 | CLINTON COUNTY RADIOLOGY<br>BOX 865<br>DEPT 8010<br>WILMINGTON, OH  45177 | 10.72 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/23/2010

Certificate of Service          08-30223

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| EDWARD G. CRESS SR.<br>KIMBERLY A. CRESS<br>115 FAWLEY LANE<br>MIDLAND, OH  45148 | KATHLEEN MEZHER<br>8075 BEECHMONT AVE<br>SECOND FLOOR<br>CINCINNATI, OH  45255 | (39.1n)<br>CITIFINANCIAL INC<br>BOX 140489<br>IRVING, TX  75014 |
| (11.1)<br>CLINTON COUNTY RADIOLOGY<br>BOX 865<br>DEPT 8010<br>WILMINGTON, OH  45177 | (44.1n)<br>ECMC<br>7325 BEAUFONT SPRINGS<br>SUITE 200<br>RICHMOND, VA  23225 | (37.1n)<br>HSBC MORTGAGE SERVICES<br>BOX 21188<br>EAGAN, MN  55121 |
| (41.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (47.1n)<br>SCOTT P CIUPAK<br>4500 COURTHOUSE BLVD<br>SUITE 400<br>STOW, OH  44224 | |

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____      sv